1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona

3  PATRICK E. CHAPMAN
   Assistant United States Attorney
4  Arizona State Bar No. 025407
   Two Renaissance Square
5  40 N. Central Ave., Suite 1800
   Phoenix, Arizona 85004
6  Telephone: 602-514-7500
   Email: Patrick.Chapman@usdoj.gov
7  Attorneys for Plaintiff

☒ FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 1 9 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE DISTRICT OF ARIZONA

10  United States of America,              No.    CR-24-00483-PHX-SMB (DMF)

11                  Plaintiff,

12        vs.                                      **INDICTMENT**

13                                          VIO:  18 U.S.C. § 371
    1.  Edwin Aguilar,                             (Conspiracy)
14      (Counts 1 – 4)                             Count 1

15                                                 18 U.S.C. §§ 922(a)(6), 924(a)(2),
                                                   and 2
16  2.  Jesus Guzman Guzman,                       (Material False Statement During the
        (Counts 1 and 5 – 12)                      Purchase of a Firearm)
17                                                 Counts 2 – 12

18  3.  Julian Evangelista,                        18 U.S.C. §§ 924(d) and 981;
        (Count 1)                                  21 U.S.C. §§ 853 and 881; and
19                                                 28 U.S.C. § 2461(c)
                    Defendants.                    (Forfeiture Allegation)
20

21  **THE GRAND JURY CHARGES:**

22                          <u>**COUNT 1**</u>

23        Between on or about June 16, 2022, and November 23, 2022, in the District of

24  Arizona and elsewhere, Defendants EDWIN AGUILAR, JESUS GUZMAN GUZMAN,

25  JULIAN EVANGELISTA, and others known and unknown to the Grand Jury, did

26  knowingly and intentionally agree, combine, and conspire to commit the offense of

27  Material False Statement During the Purchase of a Firearm, in violation of Title 18, United

28  States Code, Section 922(a)(6).

**The Means and Method of the Conspiracy**

The means and method employed by Defendants and co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

a. Since at least June 2022 and continuing to November 2022, Defendants solicited the straw purchase of firearms from various Federal Firearm Licensees ("FFLs") in Maricopa County, Arizona.

b. Defendants procured the straw-purchased firearms through monetary payments and payments in narcotics, namely counterfeit fentanyl pills or "blues."

c. Typically, Defendants EDWIN AGUILAR and JESUS GUZMAN GUZMAN would contact the co-conspirator through a messaging application to solicit the straw purchase, then drive the co-conspirator to the FFL. The co-conspirator would then enter the FFL, purchase firearm(s), and later transfer them to Defendants.

d. On some occasions, Defendants would enter the FFL with the co-conspirator to select firearms. Other times, Defendants would enter the FFL first, select firearms, then exit the FFL, at which point the co-conspirator would enter the FFL and purchase the selected firearms. Still other times, Defendants would select firearms online and inform the co-conspirator which firearm(s) to buy.

**Overt Acts**

In furtherance of the conspiracy, and to effect the object of the conspiracy, Defendants and coconspirators committed, or caused to be committed, the following overt acts, among others, described below:

a. On or about June 16, 2022, a co-conspirator bought a Glock 30SF, .45 caliber pistol from Estrella Ordnance in Goodyear, Arizona.

b. On the same date, believed to be later in the day, Defendant JESUS GUZMAN GUZMAN sent the co-conspirator a message stating, "U tryna take out a pole for me I'll give u blues[,]" which was understood to be counterfeit fentanyl.

c.  When the co-conspirator asked Defendant JESUS GUZMAN GUZMAN where, JESUS GUZMAN GUZMAN replied, "Idk either at ammo az or at the store u got

the 30 at[.]" This statement was believed to refer to a Glock 30SF that the co-conspirator had previously bought.

d.  On or about June 17, 2022, Defendant JESUS GUZMAN GUZMAN messaged the co-conspirator, "Aye bro can u take a pole out for me tomorrow?"

e.  On the same date, Defendant JESUS GUZMAN GUZMAN messaged the co-conspirator, "Fs bro where gonna go to Ammo az it's in Phoenix I might get a draco if they have one[,]" then asked the co-conspirator if they could go to the gun store the following day, on June 18th.

f.  For payment, the co-conspirator asked Defendant JESUS GUZMAN GUZMAN, "How many blues you trying to throw me?"

g.  Defendant JESUS GUZMAN GUZMAN and the co-conspirator agreed on ten blues or counterfeit fentanyl pills for the straw purchase of the firearm(s).

h.  On June 18, 2022, Defendants JESUS GUZMAN GUZMAN and EDWIN AGUILAR messaged the co-conspirator about buying firearms for them.

i.  On that date at 7:59 a.m., Defendant JESUS GUZMAN GUZMAN messaged the co-conspirator, "Can u still take a pole out for me later today[?]" and the co-conspirator agreed.

j.  On that date, also at 7:59 a.m., Defendant EDWIN AGUILAR messaged the co-conspirator, "Or u want work.???" This was believed to refer to the co-conspirator's payment.

k.  The co-conspirator replied, "Wym work?"

l.  Defendant EDWIN AGUILAR responded, "Blues" and the co-conspirator agreed.

m.  On June 18, 2022, consistent with Defendant JESUS GUZMAN GUZMAN's message the previous day, the co-conspirator purchased one Century Arms Mini Draco 7.62x39 mm firearm from Estrella Ordnance in Goodyear, Arizona.

n.  On June 18, 2022, at 11:01 a.m., Defendant JESUS GUZMAN GUZMAN messaged the co-conspirator, "Get 5.7 ammo and .357 sig ammo[.]"

o.  Consistent with this message, on the same date, the co-conspirator purchased one

- 3 -

Glock G32 .357 sig pistol and one Ruger 57, 5.7x28 mm pistol from Ammo A-Z in
Phoenix, Arizona.

p. On June 20, 2022, Defendant EDWIN AGUILAR messaged the co-conspirator, "Yo
can u get me another pole.. ?" The co-conspirator asked, "When?"

q. Defendant EDWIN AGUILAR replied, "I'm sell this ruger nd I'll let u know[.]"
The co-conspirator agreed, stating, "Yea id be down[.]"

r. On June 21, 2022, at 12:01 p.m., Defendant EDWIN AGUILAR messaged the co-
conspirator, "Yo u trying to go rn[?]" Defendant EDWIN AGUILAR then clarified,
"Ammo Az[.]"

s. The co-conspirator asked, "Where we went last time wit Jesus?"  Defendant
EDWIN AGUILAR replied, "Yeah if not it's gg[.]"

t. The co-conspirator then requested "a blue or two" and Defendant EDWIN
AGUILAR agreed.

u. Later on June 21, 2022, the co-conspirator asked Defendant EDWIN AGUILAR
where he was, and Defendant EDWIN AGUILAR replied, "Yo waiting for Jesus
my bad gg[.]"

v. Defendant EDWIN AGUILAR then confirmed that JESUS was coming too.

w. On June 21, 2022, at 3:03 p.m., Defendant EDWIN AGUILAR messaged the co-
conspirator, "It's was the gen 5 gg[.]"

x. The co-conspirator replied, "So 9mm ammo nd ask for extended mag" and
Defendant EDWIN AGUILAR replied, "Yeah[.]"

y. On June 21, 2022, the co-conspirator bought a Glock G22 .40 caliber pistol from
Ammo A-Z in Phoenix, Arizona.

z. On July 26, 2022, the Glock G22 .40 caliber pistol and two other firearms were
recovered in the possession of Defendant JESUS GUZMAN GUZMAN.

aa. On June 28, 2022, the co-conspirator purchased one Taurus G2C .40 caliber pistol
from Estrella Ordnance in Goodyear, Arizona.

bb. On June 28, 2022, at 6:41 p.m., Defendant EDWIN AGUILAR messaged the co-

conspirator, "You down to take another gum out for me[?]"

cc. On July 8, 2022, the co-conspirator messaged Defendant JESUS GUZMAN GUZMAN, "I was trying to get 2[.]"

dd. The following day, on July 9, 2022, the co-conspirator messaged Defendant JESUS GUZMAN GUZMAN, "Wya tryings to get one[.]"  Defendant JESUS GUZMAN GUZMAN and the co-conspirator then coordinated to meet up shortly thereafter, with the co-conspirator messaging Defendant JESUS GUZMAN GUZMAN, "Aight im wi wilmer nd them[.]"  Defendant JESUS GUZMAN GUZMAN replied, "Fs I'm in Edwins car[.]"

ee. On July 9, 2022, the co-conspirator purchased one Taurus G3C 9 mm pistol bearing serial number ACK465172 from Ammo A-Z in Phoenix, Arizona.  On August 16, 2022, the same firearm was recovered 38 days later in the possession of another individual in Avondale, Arizona.

ff. On July 19, 2022, Defendant EDWIN AGUILAR messaged the co-conspirator, "Yo can you get me an another pole out[?]"  The co-conspirator agreed and asked, "Nd where at?" Defendant EDWIN AGUILAR replied, "The gun store by your house[.]"

gg. On July 23, 2022, Defendant EDWIN AGUILAR messaged the co-conspirator, "U want to make some bread[?]"

hh. The following day, on July 24, 2022, Defendant EDWIN AGUILAR messaged the co-conspirator, "Yo one of my boys said if you pull him some guns out give you 40 bucks for each one and he needs four[.]" The co-conspirator asked, "Where at?" and "All at the same places or different ones?"  In a voice message, a person believed to be Defendant EDWIN AGUILAR told the co-conspirator that it would be at the same place and the co-conspirator would be paid $160 for four "guns."

ii. In a later voice message on the same date, Defendant EDWIN AGUILAR told the co-conspirator he was going to connect the co-conspirator and coordinator/trafficker and the co-conspirator could "boost" his prices.  The co-conspirator replied, "Oh fs its just dont want the people thinking some shit" and "Where we getting them at?"

- 5 -

The co-conspirator then asked, "What kind he wants?" Defendant EDWIN AGUILAR replied, "Draco" and "Nd Glock[.]" The co-conspirator responded, "I mean if it's Koo ill take out a glock nd the draco[.]" Defendant EDWIN AGUILAR responded, "I'm trying to make u some money[.]" The co-conspirator told Defendant EDWIN AGUILAR, "Fr id like to help but just aint trying to have them question me[.]"

jj. On July 24, 2022, at 11:13 a.m., the co-conspirator asked Defendant EDWIN AGUILAR, "So 3 Glocks nd 1 draco?" At 12:15 p.m., Defendant EDWIN AGUILAR told the co-conspirator, "On my way!"

kk. On July 24, 2022, at 12:46 p.m., a white Dodge Charger entered the parking lot at Tombstone Tactical, an FFL in Phoenix, Arizona. The Dodge Charger was registered to Defendant JULIAN EVANGELISTA and one other person. Defendant JULIAN EVANGELISTA was the driver and sole occupant of the vehicle.

ll. At 12:48 p.m., Defendant JULIAN EVANGELISTA entered Tombstone Tactical and began looking at different items.

mm. At 12:55 p.m., a white four-door truck arrived at Tombstone Tactical and the co-conspirator exited with Defendants EDWIN AGUILAR and JESUS GUZMAN GUZMAN. These three individuals then entered Tombstone Tactical.

nn. Inside Tombstone Tactical, Defendants JULIAN EVANGELISTA, EDWIN AGUILAR, and JESUS GUZMAN GUZMAN met at the same gun cabinet, talked, and began gesturing to specific guns.

oo. Shortly thereafter, Defendant JULIAN EVANGELISTA exited the store with the co-conspirator and one of the other two males and entered the Dodge Charger. Minutes later, the co-conspirator exited the Dodge Charger and reentered Tombstone Tactical.

pp. The second male from the truck then exited Tombstone Tactical and walked to his truck, where he was joined by the other male and Defendant JULIAN EVANGELISTA, who exited the Dodge Charger.

- 6 -

qq. Inside Tombstone Tactical, the co-conspirator purchased two Glock 43X pistols from the gun cabinet that Defendants JULIAN EVANGELISTA, EDWIN AGUILAR, and JESUS GUZMAN GUZMAN were gesturing toward.

rr. The co-conspirator exited Tombstone Tactical with the firearms and entered the truck he arrived in. The truck then reversed out of the parking space, so it aligned with the Dodge Charger.

ss. Defendant JULIAN EVANGELISTA exited the truck and placed what appeared to be gun boxes into the Dodge Charger's trunk. Both vehicles left shortly thereafter.

tt. On July 26, 2022, Defendant JESUS GUZMAN GUZMAN messaged the co-conspirator, "Wyo u tryna get a pole out for me ? How much u want to take it out ?" The co-conspirator responded, "Yanno what pole you want nd what store has it?" Defendant JESUS GUZMAN GUZMAN replied, "At the pawn shop by taco bell" "And a glock[.]" The co-conspirator indicated, "Im down[.]" Defendant JESUS GUZMAN GUZMAN told the co-conspirator, "Wya ima pick u up" and "Fs gang lmk don't slack[.]" At 10:56 a.m., Defendant JESUS GUZMAN GUZMAN told the co-conspirator, "Ima go look at the guns so I can know witch one I want[.]"

uu. On July 26, 2022, at 12:24 p.m., the co-conspirator bought one Taurus G2C 9 mm pistol bearing serial number ADC114861 and one Springfield XDM 40 .40 caliber pistol bearing serial number MG277817 from Shooter's World, an FFL in Goodyear, Arizona.

vv. Later on July 26, 2022, Avondale Police recovered the two firearms in the possession of Defendant JESUS GUZMAN GUZMAN in a traffic stop.

ww. On August 4, 2022, Defendant JESUS GUZMAN GUZMAN messaged the co-conspirator, "Can u take 2 out for me ?" The co-conspirator replied, "Yanno which guns you want nd where to get them?" Defendant JESUS GUZMAN GUZMAN responded, "Fs glooks bro I'll hyu in the morning like at 9 or 10 just be ready[.]"

xx. On August 5, 2022, at 9:07 a.m., the co-conspirator asked Defendant JESUS GUZMAN GUZMAN, "Where we goin for those nd which ones you gety[?]" The

1   two coordinated schedules and at 9:40 a.m., Defendant JESUS GUZMAN
2   GUZMAN told the co-conspirator, "Fs ima pick u up at your krib rn the homie otw
3   to pick me up[.]"

4   yy. On August 5, 2022, at 10:42 a.m., the co-conspirator purchased one Taurus 856 .38
5   special revolver, one Glock 19x, 9 mm pistol, and one Springfield XD-9, 9 mm
6   pistol from Shooter's World in Goodyear, Arizona.

7   zz. On August 5, 2022, at 3:42 p.m., Defendant EDWIN AGUILAR messaged the co-
8   conspirator, "U want to make some bread[?]"

9   aaa. On August 6, 2022, at 9:01 a.m., Defendant JESUS GUZMAN GUZMAN
10   messaged the co-conspirator, "Aye bro can u take me out 1 last 1 I'll hook u up[?]"
11   The two coordinated schedules and at 11:19 a.m., the co-conspirator asked, "You
12   know what gun you want nd where we gonna get it at?"   Defendant JESUS
13   GUZMAN GUZMAN replied, "Yeah it's the 1 I wanted yesterday" and "It's down
14   the street[.]" The two then coordinated schedules again.

15   bbb. Later the same day, on August 6, 2022, the co-conspirator purchased one Glock 27,
16   Gen5, .40 caliber pistol from Estrella Ordnance in Goodyear, Arizona.

17   ccc. On November 1, 2022, Defendant JESUS GUZMAN GUZMAN messaged the co-
18   conspirator, "Can u get me a draco I'll give u a 100 pack of blues[?]" The co-
19   conspirator hesitated and told Defendant JESUS GUZMAN GUZMAN, "Idk cuz
20   you keep selling them" and "I really ain't trying to get them unless they stay in the
21   circle[.]" Defendant JESUS GUZMAN GUZMAN replied, "I'm not selling them I
22   still got all the one u got me the ones I don't have no more are the ones the cops
23   took from me" and "I'm not gonna sell the draco[.]" The two arranged for payment
24   in "blues" and coordinated schedules for November 2, 2022.

25   ddd. On November 2, 2022, at 9:27 a.m., Defendant JESUS GUZMAN GUZMAN
26   messaged the co-conspirator, "Lmk when u get off work so we can go pick up the
27   draco and ima give u the other 50[.]"

28   eee. On November 2, 2022, the co-conspirator purchased one Century Arms,

1    VSKA/Draco 7.62x39mm pistol from Estrella Ordnance in Goodyear, Arizona.

2    fff. On November 23, 2022, agents with the Bureau of Alcohol, Tobacco, Firearms and

3         Explosives attempted to contact the co-conspirator at his residence but were

4         unsuccessful.

5    ggg. On November 23, 2022, the co-conspirator messaged Defendant EDWIN

6         AGUILAR, "Still got the straps cuz imma need them till everything cools down"

7         and "Pretty sure you know what happened[.]"

8         All in violation of Title 18, United States Code, Section 371.

9                                    **COUNTS 2 – 4**

10        On or about the dates listed below, in the District of Arizona, a co-conspirator

11   knowingly made false statements and representations in connection with the acquisition of

12   a firearm to the businesses listed below, which were intended and likely to deceive the

13   businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each

14   of which was licensed under the provisions of Chapter 44 of Title 18, United States Code,

15   with respect to information required by the provisions of Chapter 44 of Title 18, United

16   States Code, to be kept in the records of each listed business, in that the co-conspirator did

17   execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives

18   Form 4473, Firearms Transaction Record, in each of the counts below stating that he/she

19   was the actual transferee/buyer, whereas in truth in fact, he/she was purchasing the firearms

20   on behalf of Defendant EDWIN AGUILAR:

| Count | Date | Business (FFL) |
|-------|------|----------------|
| 2 | 6/18/2022 | Ammo A-Z |
| 3 | 6/21/2022 | Ammo A-Z |
| 4 | 7/24/2022 | Tombstone Tactical |

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

- 9 -

## COUNTS 5 – 12

On or about the dates listed below, in the District of Arizona, a co-conspirator knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that the co-conspirator did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating that he/she was the actual transferee/buyer, whereas in truth in fact, he/she was purchasing the firearms on behalf of Defendant JESUS GUZMAN GUZMAN:

| Count | Date | Business (FFL) |
|-------|------|----------------|
| 5 | 6/18/2022 | Ammo A-Z |
| 6 | 6/21/2022 | Ammo A-Z |
| 7 | 7/9/2022 | Ammo A-Z |
| 8 | 7/24/2022 | Tombstone Tactical |
| 9 | 7/26/2022 | Shooter's World |
| 10 | 8/5/2022 | Shooter's World |
| 11 | 8/6/2022 | Estrella Ordnance |
| 12 | 11/2/2022 | Estrella Ordnance |

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations in Counts 1-12 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1-12 of this Indictment,

- 10 -

the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants are liable. If any forfeitable property, as a result of any act or omission of the defendants:

        (1) cannot be located upon the exercise of due diligence,

        (2) has been transferred or sold to, or deposited with, a third party,

        (3) has been placed beyond the jurisdiction of the court,

        (4) has been substantially diminished in value, or

        (5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

        All in accordance with Title 18, United States Code, Sections 924(d) and 981; Title 21, United States Code, Sections 853 and 881; Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*/s/*
FOREPERSON OF THE GRAND JURY
Date:  March 19, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

*/s/*
PATRICK E. CHAPMAN
Assistant U.S. Attorney

- 11 -